TDCJ Offender Details

75,554-07

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| SID Number: | 04749185 |
| TDCJ Number: | 01504681 |
| Name: | CAMPOS,RICARDO SANMIGUEL |
| Race: | H |
| Gender: | M |
| DOB: | 1934-02-07 |
| Maximum Sentence Date: | 2057-10-18 |
| Current Facility: | ESTELLE |
| Projected Release Date: | 2057-10-18 |
| Parole Eligibility Date: | 2032-10-18 |
| Offender Visitation Eligible: | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:** Offender is not scheduled for release at this time.

**Scheduled Release Type:** Will be determined when release date is scheduled.

**Scheduled Release Location:** Will be determined when release date is scheduled.

## Parole Review Information

### Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| | | | | | |